Motion GRANTED.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:12-110 |
| | ) | JUDGE TRAUGER |
| ADRIAN TALLEY | ) | |
| | ) | |

## MOTION FOR EXPERT SERVICES

Comes now the Defendant, Adrian Talley, by and through his attorney of record and moves this Honorable Court to approve the expenditure for not more than Two Thousand Four Hundred Dollars ($2,400) for the purpose of hiring a private investigator to obtain what are believed to be substantial mental health/medical records as to the Defendant. These services are necessary to assist counsel in the investigation and preparation of this case.

Respectfully submitted,

/s/ John E. Rodgers, Jr.
JOHN E. RODGERS, JR., #6041
Attorney for Defendant
500 Harpeth Trace Drive
Nashville, TN 37221
(615) 353-9834

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing document was delivered by electronic court filing or first class mail on this the 25th day of April, 2013, to:

Clay Lee, Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
US Courthouse
Nashville, TN 37203-3870

/s    John E. Rodgers, Jr.
John E. Rodgers, Jr.