## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00110 |
| | ) | Judge Trauger |
| ADRAIN TALLEY, | ) | |
| a/k/a Adrian Talley, | ) | |
| a/k/a Adrain Foster | ) | |

### **O R D E R**

It is hereby **ORDERED** that the sentencing hearing, which began on October 25, 2013, is **SCHEDULED** for completion on Thursday, November 14, 2013, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 25th day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge